# William L. Manion, M.D., Ph.D.

Chief of Pathology, Memorial Hospital of Salem County
Designated Forensic Pathologist/Medical Examiner, Burlington and Ocean Counties
President/CEO Diagnostic Pathology Consultants
310 Woodstown Road
Salem, NJ 08079
Cell Phone: (856) 607-8641
Office phone: [856] 339-6017

Latoya Francis-Williams, Esq.
A. Dwight Pettit, PA
3606 Liberty Heights Ave.
Baltimore, MD 21215
Phone (410) 542-5400
Fax (410) 664-7520
November 4, 2015

> Re:   Jones, Tawanda as representative of the estate of Tyrone A. West v.
>       Officer Chapman, et al.

Dear Attorney Francis-Williams,

I have recently reviewed the following documents in the Tyrone West matter:

1) A civil action complaint;
2) An autopsy report of the late Tyrone West;
3) Toxicology report;
4) Baltimore City Fire Department records;
5) Good Samaritan Hospital records; and
6) St. Joseph Medical Center records.

The cause of death of Mr. Tyrone West was reported as:

a) Cardiac Arrhythmia; and
b) Cardiac conduction system abnormality complicated by dehydration during police restraint.

The manner of death was "could not be determined." How the injury occurred is listed as "unknown."

As per your letter of 10/27/15, information from testimony in the police investigation indicates that Mr. West was beaten by over 10 police officers, pepper sprayed, hog tied and placed in a prone position with an adult male sitting on his back until he stopped breathing.

1

I have reviewed an autopsy report by Assistant Medical Examiner Pamela E. Southall. The cause of death is listed as cardiac arrhythmia secondary to cardiac condition system abnormality complicated by dehydration during police restraint. The manner of death could not be determined. Toxicology also indicated that there were no drugs involved in the decedent's death.

I do not believe that the cardiac conduction system abnormality made any significant contribution to Mr. West's death. There is no evidence of cardiac disease, fainting or sickness due to any cardiac conduction system abnormality prior to his death. The main cause of his death is the fact that he was restrained in such a way that he was unable to breathe. This mechanism of death, called positional asphyxia, can occur if a person is hog tied. In addition, it can simply occur if the person is held down and people sit upon him in order to restrain him. In this case, Mr. West could not breathe because of being hog tied and because of being restrained. He was unable to expand his chest in order to inflate his lungs with air. Thus, the cause of death is positional asphyxia. There were no drugs present in Mr. West to cause his death. In addition, he suffered no other injuries which could account for his death. Research has indicated that restraining a person in a face down, or prone, position is likely to cause greater restriction of breathing than restraining a person face up. Multiple cases of death have been associated with the hog tie, or hobble prone, restraint position. In fact, many law enforcement and health personnel are now taught to avoid restraining people face down or to do so for a very short period of time. Risk factors that increase the chance of death include: prolonged restraint, obesity, prior cardiac or respiratory problems and the use of illicit drugs, such as cocaine. Kneeling or otherwise placing weight on the subject and particularly any type of restraint around the subjects' neck will also increase the risk of death. The manner of death in this case is homicide as Mr. West has died by the hands of others. His cause of death is positional asphyxia. I hold all opinions to a reasonable degree of medical and forensic certainty.

Sincerely yours,

*William J Manion MDPhD*

William L. Manion, M.D., Ph.D
Designated forensic Pathologist, Burlington and Ocean County
Chief of Pathology, Memorial Hospital of Salem County
President/CEO Diagnostic Pathology Consultants
310 Woodstown Road
Salem, NJ 08079
Cell: (856) 607-8641