# EXHIBIT 2

<dwight pettit ✦
latoya a. francis-williams †
of counsel

✦admitted in md, dc, ne
†admitted in md

LAW OFFICES OF

# A. DWIGHT PETTIT, P.A.

3606 LIBERTY HEIGHTS AVENUE • BALTIMORE, MD 21215

(410) 542-5400    FAX (410) 664-7520

TOLL FREE: 1(888) 649-1631

www.adwightpettitlaw.com

www.adwightpettit.com



July 19, 2016

## VIA FIRST CLASS MAIL AND EMAIL

Office of the Attorney General
Morgan State University Division
Thomas Faulk, Esq.
St. Paul Plaza
200 St. Paul Place
Baltimore, Maryland 21202
tfaulk@oag.state.md.us

RE:   Tyrone West Discovery Dispute

Dear Mr. Faulk:

Please be advised that this office propounded discovery requests upon your clients, Defendant Morgan State University Chief Lance Hatcher and Morgan State University Officer David Lewis. Your office has promised to have unexecuted responses to Interrogatories and Request for Document Productions no later than Wednesday, July 13, 2016; and, fully executed responses to Interrogatories and Requests for Document Productions, propounded by Plaintiffs no later than close of business day Friday, July 15, 2016. To date, your office has failed to produce any of the above demanded responses or communicated any reason for said failures.

Accordingly, Plaintiffs again demand complete discovery responses from your clients no later than close of business day Friday, July 22, 2016. Plaintiffs write as a good faith effort to gain complete compliance over this discovery dispute prior to seeking Court intervention.

We anticipate your immediate attention and cooperation in this matter. Thank you in advance.



Very truly yours,

Latoya Francis-Williams, Esq.
Law Office of A. Dwight Pettit, PA

CC: Allan B. Rabineau