IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAWANDA JONES, | * | |
| Plaintiff, | * | |
| vs. | * | Case No. 1:14-cv-02627-ELH |
| NICHOLAS DAVID CHAPMAN, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' BALTIMORE POLICE DEPARTMENT AND COMMISSIONER ANTHONY BATTS MOTION TO BIFURCATE AND TO STAY DISCOVERY

Defendant, former Baltimore Police Department Commissioner Anthony Batts ("Commissioner Batts"), by and through his undersigned counsel, respectfully moves this Court, pursuant to Fed.R.Civ.Proc. 42(b) and 26(d) to bifurcate the trial of the Plaintiffs' claims against Defendants Officer Nicholas David Chapman ("Officer Chapman"), Officer Jorge Omar Bernardez-Ruiz ("Officer Bernardez-Ruiz"), Officer Matthew Rea Cioffi ("Officer Cioffi"), Officer Alex Ryan Hashagen ("Officer Hashagen"), Officer Eric Maurice Hinton ("Officer Hinton"), Officer Canielle Angela Lewis ("Officer Lewis"), Officer Derrick Dewayne Beasley ("Officer Beasley"), Officer Latreese Nicole Lee ("Officer Lee"), collectively the "Officer Defendants", Officer David Lewis with Morgan State University Police ("MSU Officer Lewis"), and (9) MSU Chief of Police Lance Hatcher ("Chief Hatcher"), collectively ("the MSU Defendants") from the claims against former Commissioner Batts, and to stay discovery against former Commissioner Batts pending resolution of Plaintiffs' claims made against the individual Officers. The

1

bifurcation of these proceedings and a stay of discovery will substantially decrease the risk of prolonged and burdensome litigation, conserve judicial resources, serve as a more effective method of testing the sufficiency of the Plaintiffs' claims, and will protect former Commissioner Batts and the other Defendants against the possibility of prejudice. Accordingly, this Court should grant former Commissioner Batts' motion in its entirety. In support of his motion, former Commissioner Batts has submitted a Memorandum of Law and exhibits.

**WHEREFORE**, former Commissioner Batts respectfully request that this Court issue an Order: (1) bi-furcating the proceedings in the above captioned action; and (2) staying 42 U.S.C. § 1983 *Monell* discovery pending the outcome of the proceedings between Plaintiffs and Officer Chapman, Officer Bernardez-Ruiz, Officer Cioffi, Officer Hashagen, Officer Hinton, Officer Lewis, Officer Beasley, Officer Lee, MSU Officer Lewis and MSU Chief Hatcher.

Respectfully submitted,

/s/
Dorrell Brooks
Federal Bar No.: 27058
Assistant City Solicitor

/s/
Kristen E. Hitchner
Federal Bar No.: 19306
Assistant City Solicitor

/s/
Ashley E. McFarland
Federal Bar No.: 13676
Assistant City Solicitor

/s/
Brent Schubert
Federal Bar No.: 19593

Assistant City Solicitor


Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Telephone: (410) 396-2496
Facsimile:   (410) 396-2126
E-mail: dorrell.brooks@baltimorepolice.org
       kristen.hitchner@baltimorepolice.org
       ashley.mcfarland@baltimorepolice.org
       brent.schubert@baltimorepolice.org
*Attorneys for Defendant Commissioner Batts*