IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAWANDA JONES, *et al.* | * | |
| | * | Civil Action |
| *Plaintiffs,* | * | No.: 1:14-cv-002627-ELH |
| v. | * | |
| OFFICER NICHOLAS DAVID CHAPMAN, *et al.* | * | |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL DEPOSITION OF WITNESS

Defendants, Officer Nicholas Chapman *et al.,* by their undersigned counsel, file this Motion to Compel pursuant to Fed. R. Civ. P. 37(a)(1) for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant Chapman requests this Court to grant his Motion to Compel Deposition of Witness.

Respectfully submitted,

_/s/_Michael Marshall_____
Michael Marshall (Fed. Bar No. 02587)

\_\_\_\_/s/ Chaz Ball_____
Chaz Ball (Fed. Bar No. 30044)
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202
(410) 685-2022
*Attorneys for Defendants*

1