IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAWANDA JONES, *et al.* | * | |
| | * | Civil Action |
| *Plaintiffs*, | * | No.: 1:14-cv-002627-ELH |
| v. | * | |
| OFFICER NICHOLAS DAVID CHAPMAN, *et al.* | * | |
| | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT NICHOLAS CHAPMAN'S
MOTION TO COMPEL DEPOSITION OF WITNESS</u>

Defendants, Defendant Officers Nicholas Chapman, Jorge Bernardez-Ruiz, Matthew Cioffi, Alex Hashagen, Eric Hinton, Daneille Lewis, Derrick Beasley, and Latreese Lee, by their attorneys, Michael Marshall, Chaz Ball and Schlachman, Belsky & Weiner, P.A., submit this Memorandum of Law in support their Motion to Compel Deposition of Witness and states as follows:

1. James Price was served with a Deposition subpoena on July, 16, 2016 pursuant to Fed. R. Civ. P. 45(b) (See attached).

2. On August 4, 2016, at 12:40pm, twenty minutes prior to James Price's 1:00pm deposition, James Price called the office of Schlachman, Belsky & Weiner and informed Michael Marshall that he was on Broadway in Highlandtown. Michael Marshall informed James Price that the office is downtown and gave him directions to the office.

3. At 1:20pm, Michael Marshall called Mr. Price and left a voicemail. Immediately after, Mr. Price called Michael Marshall back and informed him that he was in Canton. Michael Marshall again gave directions to Mr. Price and offered to pay for Mr. Price's parking. Mr. Price indicated he was going to try to get a "hack."

4. Shortly after 2:00pm, Michael Marshall's law clerk called Mr. Price and left a voicemail, but Mr. Price never called back.

5. Pursuant to Fed. R. Civ. P. 37(a)(1), Defendants gave notice to all other parties and affected persons and have included a Certification of Good Faith as well as attempting to confer with the deponent failing to attend the deposition.

WHEREFORE, Defendant respectfully requests that this Honorable Court issue an order compelling James Price to appear for a Deposition, at a date and time to be determined by all counsel.

Respectfully submitted,

 /s/ Michael Marshall
Michael Marshall (Fed. Bar No. 02587)


     /s/ Chaz Ball
Chaz Ball (Fed. Bar No. 30044)
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202
(410) 685-2022
*Attorneys for Defendants*

## CERTIFICATION OF GOOD FAITH EFFORTS

I HEREBY CERTIFY that I have made good faith efforts to resolve the dispute without court action by speaking with the witness prior to his Deposition time, giving him directions after the Deposition time and offering to pay for his parking. (See attached statement on the record). As of the time of filing this Motion, James Price, never responded to the last voicemail left with him.

    _/S/ Michael Marshall_____
    Michael Marshall

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2016, a copy of the Motion to Compel and the Memorandum of Law in Support of the Motion to Compel, was electronically filed with the United States District Court for the District of Maryland. All counsel of record are being served by the Court's electronic filing system or by first-class mail, properly addressed and postage prepaid.

    ___/S/ Michael Marshal_____
    Michael Marshall