AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| TAWANDA JONES, et al.<br>*Plaintiff*<br>v.<br>OFFICER NICHOLAS CHAPMAN<br>*Defendant* | Civil Action No. 1:14-CV-002627-ELH<br>(If the action is pending in another district, state where: ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: James Price, 1347 Kitmore Road Baltimore, MD 21239

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Schlachman, Belsky & Weiner, P.A., 300 E. Lombard Street, Suite 1100 Baltimore, MD 21202 | Date and Time: 08/04/2016 1:00 pm |
|---|---|

The deposition will be recorded by this method: __Court Reporter__

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all materials, to include, but not limited to, documents, media of any kind, notes, photographs, memoradums, dvds, CD-ROMS, or any other material related to the incident occured on July 18, 2013.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 7-15-16

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Officer Nicholas Chapman , who issues or requests this subpoena, are:
Michael Marshall, Chaz Ball and Schlachman, Belsky & Weiner, P.A., 300 E. Lombard Street, Suite 1100, Baltimore, MD 21202; (410) 685-2022; mmarshall@sbwlaw.com

Civil Action No.  1:14-CV-002627-ELH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☒ I served the subpoena by delivering a copy to the named individual as follows: personal hand delivery to James Price at 1347 Kitmore Road  Baltimore, Maryland 21239 _____ on *(date)* 7-16-2016 at 3:10 PM

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: July 16, 2016

_____
Server's signature

Steven M. Silver                                         PPS
*Printed name and title*

P.O. Box 5795  Baltimore, Maryland  21282
*Server's address*

Additional information regarding attempted service, etc: