UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| TAWANDA JONES, et al., | * | |
| *Plaintiffs,* | * | |
| v. | * | Civil No.:  1:14-cv-002627-ELH |
| OFFICER NICHOLAS CHAPMAN, et al., | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT DAVID LEWIS

Defendant David Lewis, by his attorneys, Brian E. Frosh, Attorney General of Maryland and Thomas Faulk, Assistant Attorney General, and pursuant to Federal Rule of Civil Procedure 56, hereby joins in the Motion for Summary Judgment filed on behalf of Officers Nicholas Chapman, Jorge Bernardez-Ruiz, Matthew Cioffi, Alex Hashagen, Eric Hinton, Danielle Lewis, Derrick Beasley, and Latreese Lee, and for the reasons set forth in that accompanying Memorandum of Law hereby moves for Summary Judgment on all claims against David Lewis.

_____/s/_____
Thomas Faulk (Fed. Bar No.07381
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6550
tfaulk@oag.state.md.us
*Attorney for Defendants Lewis and Hatcher*

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 3rd day of January, 2017, a copy of the foregoing Motion for Summary Judgment was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record are being served by the Court's electronic filing system.

             _____/s/_____
             Thomas Faulk Bar No.07381