

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAWANDA JONES, et al | * |
| Plaintiffs | * |
| -v- | * |
| OFFICER NICHOLAS CHAPMAN, et al | * Civil Action No.: 1:14-cv-002627 |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' EXPERT DESIGNATION PURSUANT TO**
**Fed. R. Civ. P. 26(a)(2)**

Now come Plaintiffs Tawanda Jones, as Personal Representative of the Estate of Tyrone A. West, Nashay West, Tyrone West, Jr. and Mary Agers as Guardian and next of friend of T.W. (minor child), by and through their attorneys, A. Dwight Pettit, Latoya Francis-Williams and the Law Office of A. Dwight Pettit, P.A., and hereby reserves the right to call any and all of the following experts and discloses pursuant to Fed. R. Civ. P. 26(a)(2) the identity of the following witnesses Plaintiffs may use at trial in the above-captioned matter:

1. Dr. William L. Manion, M.D., Ph.D, JD, MBA
   The Memorial Hospital of Salem County, Department Pathology
   310 Woodstown Road
   Salem, NJ 08079
   856-339-6017 (phone)
   *(Curriculum Vitae attached, Preliminary Report Attached)*

Dr. William Louis Manion, M.D., Ph.D., JD, MBA, from the Memorial Hospital of Salem County is the Chairman, of the Department of Pathology, for Memorial Hospital of Salem County, Co-Chairman, Institutional Review Board, Fox Chase Virtua Cancer Program. Dr. Manion is board certified in Anatomic and Clinical Pathology and Forensic Pathology. Dr. Manion holds the following State Medical Licenses: State of Ohio Medical Board, Pennsylvania Bureau of Professional and Occupational Affairs and New Jersey Board of Medical Examiners. Dr. Manion holds the following State Law Licenses: Pennsylvania and New Jersey.

Dr. Manion reviewed and assessed all relevant medical records, autopsy witness

statements, and associated reports and images for Tyrone West, in reference to the severe injuries and ultimate death sustained as result of the actions giving rise to this current lawsuit. Dr. Manion formed an opinion as to Mr. West's cause and manner of death. Dr. Manion has expertise in the field of pathology and is an attorney; and, when called as a witness for trial, some of the testimony may be proffered as expert testimony.

Dr. Manion will testify in accordance with the Preliminary Report, dated November 6, 2015, as to his conclusions regarding the cause and manner of Plaintiff West's injuries, nature and extent of injuries, permanency of injuries, nature and extent of physical impairment and disability as a result of injuries, pain and suffering associated with Plaintiff's injuries and ultimate death. The factual basis for any testimony from Dr. Manion, arises from his evaluation and/or examination of Plaintiff West and/or review of Plaintiff's medical/hospital/EMT records, injury images, witness statements regarding Plaintiff's injuries and ultimate death or may come from live testimony at trial or pursuant to deposition testimony of the parties or witnesses involved in this case. Exhibits that may be used as support of Dr. Manion's opinions will be provided in Plaintiffs' discovery disclosures to all parties in this action. Plaintiffs reserve the right to supplement this designation.

2. Dr. Tyrone Powers, Ph.D.
   Director, Full Professor
   Homeland Security and Criminal Justice Institute
   Ann Arundel Community College
   101 College Parkway
   Arnold, Maryland 21012-1857
   410-777-7496 (office)

*(Curriculum Vitae attached)*

Prior to and during the course of trial Plaintiffs reserve the right to call Use of Force and Police Practices and Procedures expert, Dr. Tyrone Powers, Ph.D., to testify as to the conduct of all Defendant Officers regarding each officers' individual and collective use of force; and/or, whether the Defendant Officers' actions comported with proper police practices and procedures, including guidelines set forth by the Maryland Police and Correctional Training Commissions (M.P.C.T.C.). The basis of Dr. Tyrone Powers, Ph.D.'s expert testimony will include a review of testimony, witness statements, Defendant police officers' statements and reports, discovery responses, medical records, police guidelines, protocol and procedures and other materials reasonably relied upon by other experts in the field of Use of Force and Police Practices and Procedures. The exhibits used as support for Dr. Powers' opinions will include M.P.C.T.C. materials and General Orders and Police Guidelines respective to each Defendant Police Officer's employer agency. Dr. Tyrone Powers, Ph.D.'s written report, pursuant to Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi), will be provided upon completion of his review of all discovery disclosed to

Plaintiffs by all Defendants in this action. Plaintiffs reserve the right to supplement this designation.

3. Plaintiffs note that this case is still in the discovery stage and all Defendants have not disclosed their respective discovery responses. In light of the current status of discovery, Plaintiffs respectfully reserve the right to supplement and amend all or part of the aforesaid expert designation.

Respectfully submitted this 27th day of May, 2016.

_____/s/_____
A. Dwight Pettit, Bar ID 01697
Latoya Francis-Williams, Bar ID 29957
Law Offices of A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD 21201
(410) 542-5400
adpettit@adwightpettit.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of May, 2016, a copy of the foregoing Plaintiffs' Expert Designation pursuant to Fed. R. Civ. Proc. 26(a)(2), Rule, was served via the Electronic Filing System of the United States District Court for the District of Maryland on the following persons:

Dorrell Brooks, Assistant Solicitor
Baltimore Police Department
Office of Legal Affairs
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
Attorneys for Commissioner Anthony Batts
(410) 396-2496
Dorrell.Brooks@baltimorepolice.org

Michael Marshall, Esq.
Chaz R. Ball, Esq.
Schlachman, Belsky & Weiner, P.A.

300 East Lombard Street, Suite 1100
Baltimore, MD 21202
Attorney for Defendants Chapman, Bernardez-Ruiz,
 Cioffi, Hashagen, Hinton, Lewis, Beasley and Lee
(410) 685-2022
mmarshall@sbwlaw.com
cball@sbwlaw.com

Thomas Faulk, Esq.
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Attorney for Defendants Lewis and Hatcher
(410) 576-6550
tfaulk@oag.state.md.us

Allan Rabineau, Esq.
Law Office of Allan Rabineau
401 E. Pratt Street, Ste. 2252
Baltimore, Maryland 21202
(410)-837-9150
Attorney for Plaintiffs
allanbra@verizon.net

                                                        /s/
                                        Latoya Francis-Williams, Bar ID 29957