IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAWANDA JONES, *et al.* | * | |
| | * | Civil Action |
| *Plaintiffs,* | * | No.: 1:14-cv-002627-ELH |
| v. | * | |
| OFFICER NICHOLAS DAVID CHAPMAN, *et al.* | | |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAWAL OF MOTION TO SEAL

Defendants, Officers Nicholas Chapman, Jorge Bernardez-Ruiz, Matthew Cioffi, Alex Hashagen, Eric Hinton, Daneille Lewis, Derrick Beasley, and Latreese Lee, by their attorneys, Michael Marshall, Chaz Ball, and Schlachman, Belsky & Weiner, P.A., file this Withdrawal of Defendant's Motion to Seal (CM/ECF # 109) and in support state the following:

1. Plaintiffs' claims against Individually Named Baltimore Police Defendant Officers are premised on the allegation that those officers unlawfully detained and arrested Tyrone West, used excessive force in the course of that detention and arrest, and were ultimately the cause of the death of Mr. West.

2. The Individually Named Baltimore Police Department Defendant Officers filed a Motion for Summary Judgment, Memorandum of Law in Support, Exhibits and Proposed Order on December 30, 2016 (CM/ECF # 97).

3. Exhibit P of that motion was the Autopsy Report pertaining to the death of Mr. West completed by the State of Maryland's Office of the Medical Examiner.

4. Out of respect for Mr. West's privacy and that of his family, Defendants' filed that Report as a separate document with a request that it be filed under seal (CM/ECF # 98).

5. The Individually Named Baltimore Police Department Defendant Officers filed a motion requesting that Mr. West's Autopsy Report be filed under seal on January 24, 2017 (CM/ECF # 109).

6. Upon request from the Court, undersigned counsel contacted counsel for the respective parties in the case in order to determine if all parties consented to the document being filed under seal.

7. Though counsel for the respective Defendants consented to Mr. West's Autopsy Report being sealed from public view, counsel for the Plaintiffs stated Plaitiffs' opposition and stated their position that the document should be made public.

8. Therefore, the Individually Named Baltimore Police Department Defendant Officers withdraw their Motion to Seal (CM/ECF # 109).  Further, Defendants request that Mr. West's Autopsy Report, CM/ECF # 98, be unsealed.

Respectfully submitted,

_____/s/_____
Michael Marshall (Bar No. 02587)

_____/s/_____
Chaz Ball (Bar No. 30044)
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202
phone: (410) 685-2022
fax: (410) 783-4771
email: cball@sbwlaw.com
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24[h] day of January, 2017, a copy of the foregoing Withdrawal of Motion to Seal was filed with the United States District Court for the District of Maryland by electronic filing.  All counsel of record are being served by the Court's electronic filing system or by first-class mail, properly addressed and postage prepaid.

                                                                         /s/
                                          Chaz Ball (Bar No. 30044)