**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**TAWANDA JONES, *et al*.,** :

**Plaintiffs,** :

**v.** : **Civil No. 1:14-cv-2627**

:

**NICHOLAS DAVID CHAPMAN, *et al*.,** :

**Defendants.** :

********************************************************************************

# ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for:

Police Commissioner Kevin Davis.

I certify that I am admitted to practice in this court.

April 20, 2017
*Date*

/s/
*Signature of Counsel*

Michael G. Comeau 01175
*Print Name* *Bar Number*

Baltimore Police Department- Office of Legal Affairs
*Firm Name*

100 N. Holliday Street, Room 101
*Address*

Baltimore, Maryland 21202
*City/State/Zip*

410-244-5109
*Phone No.*

410-396-2126
*Fax No.*

Michael.Comeau@baltimorepolice.org
*Email Address*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TAWANDA JONES, *et al.*,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civil No. 1:14-cv-2627** |
| | : | |
| **NICHOLAS DAVID CHAPMAN, *et al.*,** | : | |
| **Defendants.** | : | |

**********************************************************************************

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules, I certify that on this 20th day of April, 2017, a copy of the foregoing Notice of Entry of Appearance was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system:

__________/s/_ ____________
Michael G. Comeau
Federal Bar no.:01175