IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

TAWANDA JONES, et al.           *

    Plaintiff                              *

    -v-                                     *

                                                    Civil Action No.: 1:14-cv-02627-ELH

OFFICER NICHOLAS DAVID CHAPMAN,
et al.
                                          *

    Defendants
                                          *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MOTION TO REOPEN

Upon consideration of Plaintiffs' Motion Withdraw Motion to Re-open this Action, it is this _22nd_ day of _Sept_, 2017, **ORDERED**:

1. That the Motion be and is hereby **GRANTED**. Therefore, ECF 202 is Withdrawn.

Honorable Ellen L. Hollander, Judge
United States District Court for the
Northern District of Maryland